# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 181 WAL 2020

Respondent    :

:    Petition for Allowance of Appeal
:    from the Order of the Superior Court

v.    :

JAMES KING,    :

Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.